UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

v.

JOSE ANTONIO BARCENAS-RUIZ,

                Defendant.
_____

**ORDER OF DETENTION**

Case No. 1:25-mj-1325-JJM

      The government has moved for pretrial detention of defendant pursuant to 18 U.S.C. 3142(f). Defendant has waived his right to a detention hearing at the present time [3], as he is entitled to do. *See* United States v. Coonan, 826 F.2d 1180, 1184 (2d Cir. 1987). Accordingly, it is hereby

      ORDERED that, pursuant to 18 U.S.C. 3142(i)(2), defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

      ORDERED that, pursuant to 18 U.S.C. 3142(i)(3), defendant be afforded reasonable opportunity for private consultation with counsel; and it is further

      ORDERED that, pursuant to 18 U.S.C. 3142(i)(4), upon order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined, deliver defendant to United States Marshals for the purpose of an appearance in connection with a court proceeding; and it is further

ORDERED, that the foregoing is without prejudice to defendant's right to the presumption of innocence, or to her right to request a detention hearing at a later date based on changed circumstances.

Dated: June 23, 2025

                                                        /s/ Jeremiah J. McCarthy
                                                        JEREMIAH J. MCCARTHY
                                                        United States Magistrate Judge